**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYCEON TERRELL TAYLOR,** | Case No.: CV 17-3247-DMG (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **VIACOM INC., et al.,** | |
| Defendants. | |

On June 5, 2018, this Court having granted Defendants' motion to strike [Doc. # 23],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Viacom, Inc.; Viacom International, Inc.; and New Pop Culture Productions, Inc. and against Plaintiff Jayceon Terrell Taylor and that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: June 5, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE